AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| Mimar Kayali, | ) | Case No. 1:25 MJ 436 DJS |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of December 21, 2025, in the county of Clinton in the Northern District of New York, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii) | Transport and move or attempt to transport and move two aliens, knowing and in reckless disregard of the fact that the alien had come to, entered, and remained in the United States in violation of the law, by means of transportation or otherwise, in furtherance of the alien's violation of law |

This criminal complaint is based on these facts:

☒    Continued on the attached sheet.

_____
*Complainant's signature*

Alex J. Espinoza, Border Patrol Agent
_____
*Printed name and title*

Attested to be the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: Dec 22, 2025

City and State:    Albany, NY

_____
Hon. Daniel J. Stewart, U.S. Magistrate Judge

1:25MJ436
DJS

*United States of America v.* **Mimar Kayali**

On December 21, 2025, at approximately 3:25 p.m., Swanton Sector Communications (KAD 640) notified Champlain Border Patrol Agents they had received remote images of two males walking out of the woods north of Eddy Road, in Mooers Forks, NY. Eddy Road is a remote road that runs east to south along the international boundary with Canada. Due to its remoteness and this road's proximity to the international boundary, it's frequently utilized by smugglers for illicit cross border activities. At approximately 3:30 p.m., agents in the field were updated that the two males were observed getting into a black Nissan or Toyota sedan and the vehicle was seen turning around and continuing eastward on Eddy Road.

At approximately 3:40 p.m., an agent observed a black Toyota sedan matching the description of the suspect vehicle reported on Eddy Road. When the vehicle passed the agent's location, he noticed three occupants inside. The agent followed this Toyota sedan as it drove south crossing North Star Road and proceeding onto Garrand Road in Mooers, New York. The agent requested record checks on the plate and was advised the vehicle was registered to Mimar KAYALI out of 83 Rue Des Ecossais Beauharnois, Quebec. The agent was also informed that the vehicle had recently crossed into the United States from Canada through the Champlain Port of Entry.

The agent approached the vehicle, identified himself as a United States Border Patrol Agent, and proceeded to question the occupants as to their citizenship. The driver (later identified as KAYALI) was questioned regarding his citizenship and reason for being in the area. Kayali stated that he was a Canadian citizen and was lost and that he picked up his two passengers, (later identified as Y.G. and C.R.C.) because they were also lost and needed a ride. Y.G. and C.R.C did not affirm to their citizenship, but both claimed that they lived in the United States and had not been to Canada. The agent noted that Y.G.'s and C.R.C.'s clothing matched that of the two males observed exiting the woods north of Eddy Road and getting in a black sedan. Y.G. and C.R.C. were arrested for suspicion of entering the United States illegally and KAYALI was arrested for suspicion of human smuggling. Everyone was transported to the Champlain Border Patrol Station for further investigation.

At the station, the subjects' biographical information and fingerprints were entered into Department of Homeland Security databases. It was confirmed that KAYALI is a Canadian citizen who had been admitted through the Champlain Port of Entry at 1:58 p.m. on December 21, 2025, as a temporary visitor for pleasure/tourism driving the same vehicle when he was encountered by U.S. Border Patrol.

Records checks further revealed that Y.G. had been previously arrested by the Border Patrol after he had illegally entered the United States in Ajo, Arizona on August 15, 2012. Y.G. was processed as a Warrant of Arrest/Notice to Appear. An Immigration Judge administratively closed this case on May 12, 2015. Records checks further revealed that C.R.C. had been previously arrested by the Border Patrol after he had illegally entered the United State in El Cajon, California on March 19, 2020. C.R.C. was processed as a Warrant of Arrest/Notice to Appear. On November 26, 2021, C.RC. applied for a Temporary Protected Status (TPS), and this petition was granted. Although Y.G. and C.R.C. had been given Notices to Appear and C.R.C. had TPS, neither individual presented themselves to a Port of Entry. Rather, they illegally crossed the border and got in KAYALI's vehicle to be further transported into the United States.

A *Mirandized* interview was conducted by Champlain Border Patrol Agents and Y.G. agreed to speak with law enforcement without his lawyer present. Y.G. made noncredible statements while answering questions. Y.G. told agents that he paid $1,700 USD to be smuggled from New York City to Canada. Y.G. stated that his intent was to go back to Turkey from Canada to visit his father; he would then sneak back into the United States after returning to Canada from Turkey. Y.G. agreed to show agents pictures of his trip from New York City to Plattsburgh, which led to agents observing photos of maps and CN tower in Toronto that made agents believe

*United States of America v.* **Mimar Kayali**

that he was recently present in Canada. Agents pressed Y.G. on his pictures indicating he was recently in Canada, and Y.G. invoked his right to speak with a lawyer.

A *Mirandized* interview was conducted by Champlain Border Patrol Agents and C.R.C. agreed to speak with law enforcement without his lawyer present. C.R.C. conveyed to agents that he lives in New York City with his wife and two children. He stated that he went to Canada on December 13, 2025, through the woods from Vermont to see if it was a good place to live, find work, and eventually move his family there if he liked it there. C.R.C. said after spending a week there, he realized that he didn't like it and decided to cross back into the United States through the woods. C.R.C. mentioned meeting Y.G. while in Canada. They realized that they were both headed to New York and decided to make the trip together. C.R.C. and Y.G. stayed in a hotel in Montreal, Canada, the night before crossing the border. C.R.C. showed agents pictures of him and Y.G. in the middle of the woods and stated these were them crossing the border.

A *Mirandized* interview was conducted by Champlain Border Patrol Agents and KAYALI agreed to speak with law enforcement without his lawyer present. KAYALI conveyed to agents that he came from Canada, to go to Plattsburgh, New York, to do Christmas shopping for his kids. Upon his arrival at Walmart, he realized that he didn't have his credit card and decided to go back home to Canada to get it. Of note, several credit and debit cards were located on KAYALI's person after his arrest. KAYALI further stated that on his way back, the GPS started to jam up and took him on a wrong route. As KAYALI was driving, he saw Y.G. and C.R.C. cold on the side of the road. KAYALI stated that he decided to help them out and take them to Plattsburgh. KAYALI added that neither Y.G. nor C.R.C. told him where to go and that he decided on his own where to take them. When asked for consent to search his phone, KAYALI invoked his right to speak to his lawyer and no further questions were asked.