# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK



**Albany Office**

54 State Street
Suite 310
Albany, NY 12207
(518) 436-1850
(518) 436-1780 Fax

**Syracuse Office**

4 Clinton Square
3rd Floor
Syracuse, NY 13202
(315) 701-0080
(315) 701-0081 Fax

Eric K. Schillinger - Federal Public Defender
Emma Reynolds - First Assistant

January 12, 2026

Honorable Anne M. Nardacci
United States District Court Judge
Northern District of New York
James T. Foley Courthouse
445 Broadway, Suite 509
Albany, New York 12207

**RE:     UNITED STATES v. MIMAR KAYALI**
**        CASE NO.: 1:25-MJ-0436 (DJS)**

Dear Judge Nardacci:

Mimar Kayali is charged by complaint with one count of transporting aliens in violation of 8 U.S.C. § 1324(a)(1)(A)(ii). (Dkt. No. 1.) Mr. Kayali will appear before you on January 27, 2026, to plead guilty to that charge. By this letter, the defense respectfully requests that the Court proceed immediately to sentencing upon accepting Mr. Kayali's guilty plea. Assistant United States Attorney Carling Dunham has advised me that the government has no objection to a combined change of plea/sentencing hearing. Assistant Deputy Chief Probation Officer Edward Cox states that the case appears appropriate for immediate sentencing.

If the Court proceeds immediately to sentencing, the defense contends that a time-served sentence would be appropriate. The defense calculates that Guideline sentencing range in this case is 0-6 months. Mr. Kayali has been in custody since December 21, 2025. He has already served a Guideline sentence. None of the factors under 18 U.S.C. § 3553(a) weigh in favor of an above-Guideline sentence. There is no indication that Mr. Kayali regularly transports aliens or is part of an alien transporting ring. There is no indication that he received any payment for transporting the aliens. There is no indication of any use of force or violence. The Pretrial Services Report does not list any prior criminal history for Mr. Kayali. As stated on the record at the detention hearing in this case, Mr. Kayali has been a resident of Montreal for 35 years, has six children (two of whom have been diagnosed with autism), is expecting a seventh in late April, and is in the process of opening a restaurant. His romantic partner and his brother describe

him as an incredibly kind and gentle man who would go out of his way to help anyone at any time. Therefore, the defense respectfully requests that the Court impose a sentence of time served.

No period of supervised release is warranted in this case. Under 18 U.S.C. § 3583(b)(2), supervised release is discretionary rather than mandatory here. Under Guideline § 5D1.1(c), the Court should ordinarily not impose a term of supervised release in a case in which supervised release is not required by statute and the defendant is a deportable alien who will likely be deported after imprisonment. Here, Mr. Kayali is a deportable alien who will likely be deported after imprisonment. Therefore, the defense respectfully requests that the Court decline to impose a term of supervised release.

Assistant Federal Public Defender Paul Shelton will appear with Mr. Kayali on January 27, 2026. Please let me know if I can provide the Court with any further information.

Very truly yours,

OFFICE OF THE FEDERAL PUBLIC DEFENDER


s/ *Courtenay K. McKeon*

By:     Courtenay K. McKeon, Esq.
        Assistant Federal Public Defender




cc:     Carling Dunham, AUSA (by ECF)
        Paul Shelton, AFPD (by email)
        Edward Cox, Assistant Deputy Chief PO (by email)
        Mimar Kayali (by hand delivery)